IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

VINCENT D. GARDNER,

    Plaintiff,

vs.        CASE NO. 5:06cv185/RS

STEVEN STEWART, et al,

    Defendants.
_____/

## ORDER

Before the court is the Magistrate Judge's Report and Recommendation (Doc. 15). Plaintiff has not filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This action is dismissed with prejudice pursuant to 28 U.S.C. §1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted.

3. The clerk is directed to close the file.

ORDERED on March 28, 2007.

        /S/ Richard Smoak
        **RICHARD SMOAK**
        **UNITED STATES DISTRICT JUDGE**